**DISMISS and Opinion Filed February 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00771-CV**

**SAKINAH BAYNARD, Appellant**
**V.**
**BLUE MOUNTAIN TX LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02842-E**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. By postcard dated January 6, 2022, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210771F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SAKINAH BAYNARD, Appellant

No. 05-21-00771-CV V.

BLUE MOUNTAIN TX LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-02842-E.
Opinion delivered by Justice Goldstein. Justices Pedersen, III and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered February 4, 2022